**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF OREGON**

| | |
|---|---|
| IN THE MATTER OF THE DESIGNATION OF A MAGISTRATE JUDGE FOR SERVICE IN ANOTHER DISTRICT | **ORDER** |

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties he or she is authorized to perform.

Due to the emergency resulting from the recusal of all the District of Oregon's magistrate judges, the district certifies the need for magistrate judge assistance from the District of Oregon.

Therefore, **IT IS ORDERED**, that the Honorable Mary H. Murguia, Chief Judge of the Ninth Circuit (in lieu of the recused Chief Judge for the District of

Oregon), with the concurrence of the Honorable David G. Estudillo, Chief Judge, Western District of Washington, that **Magistrate Judge Theresa L. Fricke**, Western District of Washington, is hereby designated to hold court and perform other judicial duties under 28 U.S.C. § 636, subsections (a), (b), and (c), in the District of Oregon, related to the specific case: *USA v. O'Donnell*, 3:24-MJ-00269.

IT IS SO ORDERED.

Dated this 10th day of January 2025.

MARY H. MURGUIA
Chief Circuit Judge