# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| IN THE MATTER OF THE DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER**<br>(28 U.S.C. § 292(b)) |
|---|---|

***For the Purpose of Presiding Over a Specific Case***

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **John A. Mendez**, United States Senior District Judge for the Eastern District of California, to temporarily perform the duties of United States District Judge for the District of Oregon beginning on May 16, 2025, for the following specific case: *USA v. O'Donnell*, 3:24-mj-00269, as well as the associated criminal case if and when the case is indicted.

DATED this 16th day of May 2025.

Mary H. Murguia
Chief Circuit Judge